UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


RECEIVED
SDNY DOCKET UNIT
2017 MAY 15 PM 3:37

_Vidal Whitley_
_10B2619 OIN_
_Sing Sing correctional Facility_
_354 Hunter street_
_Ossining, New York 10562_

(IN THE SPACE ABOVE ENTER THE FULL NAME(S) OF THE PLAINTIFF(S).)

**17CV3652**

v.

_NYS DOCCS_
_GREEN HAVEN CORRECTIONAL FACILITY_
_PUTNAM Hospital Doctor_

Complaint

under the

Civil Rights Act, 42 U.S.C. 1983

Defendant No. 1 _Correctional Officer Vincent ORT_

Jury Trial: Yes ✓ No ____

(check one)

Defendant No. 2 _Doctor Robert Bentivegna_

Defendant No. 3 _Correctional Officer James Sutter V Junior_

Defendant No. 4 _Doctor Van der steeg PUTNAM Hospital_

Defendant No. 5 _Nurse Deborah McDonald_

(In the space above, enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write, "see attached," in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. No addresses should be included here.)

Parties in this complaint:

List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff: Name H's dq/ Maurice Whitley
ID # 10B2619
Current Instituion SING SING CORRECTIONAL facility
Address 354 HUNTER STREET
OSSINING, New York 10562

List all defendants' names, positions, places of employment, and the address where each defendant may be served/ Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name CO Vincent ORT                    Shield #_____
Where Currently Employed GREEN HAVEN Correctional Facility
Address _____

Defendant No. 2    Name Doctor Robert Bentivegna          Shield #_____
Where Currently Employed GREEN HAVEN CORRECTIONAL Facility
Address _____

Defendant No. 3    Name CO James Sutter V                 Shield #_____
Where Currently Employed GREEN HAVEN Correctional Facility
Address _____

Defendant No. 4    Name _Doctor Van der steeg_ Shield #_____
Where Currently Employed _Putnam Hospital_
Address _Putnam Hospital_
_670 Stoneleigh Ave, Carmel New York 10512-3997_

Defendant No. 5    Name _Nurse Debrah MacDonald_ Shield #_____
Where Currently Employed _Green Haven Correctional Facility_
Address _____

**Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates, and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intent to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

In what institution did the events giving rise to your claim(s) occur? _Green Haven Correctional Facility_

Where in the institution did the events giving rise to your claim(s) occur? _2nd Floor Clinic Infirmary & Mental Health Observation Unit & Putnam Hospital_

What date and approximate time did the events giving rise to your claim(s) occur? _7/28/2016 6:00 pm to 7:30 pm_

Facts: _Officer Vincent ORT & 3 other officers whom I don't know attacked me while I had on a mental health smock & beat me up & I observed CO Vincent ORT fumble with his zipper & belt & I felt him insert something round ward IN my rectum it lasted for about 5 minutes & as officer ORT left he stated "whitey you a bitch ya my bitch" & After that I was removed by officers & a sergeant so they could clean up the gelly & I was located to mental health observation tanks & I violated policy & procedure IN the fact that I had not yet even been cleared to be back IN the the inmate population by medical cause I had not been seen by a doctor_

I Told several staff about me getting beat & Raped & They would tease me Ignore Me or Run by my cell Instead of alerting PREA Several medical staff allowed Security to tell them to Stand down even though they knew the sexual assault had taken place Days went by & I couldn't believe this nastiness & filth Occured to me & I Lost it & I tried to hang myself after I put my arm out the cell & Refused to Move it until someone Done there Jobs & got me Some Medical assistance as my Rectum hurt outRageously & cc Tag1 ordered co James gutteR V to beat my ARm Repeatedly with The state Issue BATON several times until I could No longer take It & I Attempted to hang myself & Lt COR A came & Rectified the situation

Injuries: Bruised Body on my left Arm cuts in my Neck From home made noose & Rectal pain from Being Raped

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Outside Hospital Antibiotic ointment For my Neck Tylenol & motrin for my Arm & my Buttocks opened & looked in By the doctor I was Denied a Rape kit & Rape advocate & an opportunity to speak to the state police By doctor Vander steeg I Received X Rays

---

Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. 1997e(a), requires that, "no action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓    No _____

If YES, name the jail, prison or other correctional facility where you were confined at the time of the events giving rise to your claim(s). GREEN HAVEN CORRECTIONAL FACILITY

Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure? Yes ✓   No _____   Do Not Know _____

Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claim(s)? Yes ✓   No _____   Do Not Know _____

If YES, which claim(s)? Being RAPed, beat with a baton and not justified & medical refusing to take pictures of my injuries

Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose not cover some of your claim)s)? Yes _____   No _____   Do Not Know ✓

If YES, which claim(s)? I wrote the Grievances when I got transferred to Sing sing I am pursued them however docs plays dirty

Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose? Yes ✓   No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility? Yes _____   No _____

If you did file a grievance about the events described in this complaint, where did you file the grievance? GREEN HAVEN Correctional Facility & Sing sing Correctional Facility

Which claim(s) in this complaint did you grieve? RAPE, ASSAULT, Violation of constitutional Rights as well as my mental Health Patient Bill of Rights

What was the result, if any? I've been interviewed by Sgt Cansanses IGP Quandera Quick IG & or OSI & now I've heard nothing

What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I grieved it originally IN GReenHaven Then IN Sing sing appealed them sent them to CORC, I wasn't even given Hearing for these very Honest Relevant Grievances I told the entire GREEN HAVEN Correctional Administration what happened No one done Their Jobs But Captain Thomas, Melville and Lieutenant CORA

If you did file a grievance, did you inform any officials of your claim(s)? Yes ✓   No _____

If YES, whom did you inform and when did you inform them? Dep of Security Wilkinson of GReenHaven also The Captain of Green Haven who runs PREA medical Lieutenant CoRa & grievance supervisor Both of GReen Haven & IGP Quandera Quick of Sing sing OMH Therapist of sing sing PREA AT sing sing & so many others its a shame

If NO, why not? _____

_____

_____

Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I Told a lawyer I was dealing with as when who came to see me During the situation

Rafael Muniz

65 Broadway, Suite 714

Newyork, New york 10006

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

Relief:

State what you want the court to do for you. I AM Sueing These defendants & The STATE & PUTNAM Hospital For ~~[scribbled out]~~ #275,000,000.00 The Indefinite suspensions of said Defendants For stripping me of my manhood dignity self worth & hurting me mentally, physically endemoniously scared Is an understatement

_____

_____

Previous Lawsuits:

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action? Yes____ No ✓

If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.

Parties to this previous lawsuit:

Plaintiff _____

Defendants_____

Court (if federal court, name the district; if state court, name the county) _____

_____

Docket or Index number: _____

Name of Judge assigned to your case: _____

Approximate date of filing lawsuit: _____

Is the case still pending? Yes_____ No _____

   If NO, give the approximate date of disposition: _____

What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ✓  No _____

If your answer to C is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

Parties to this previous lawsuit:

Plaintiff *Vidal Whitley*

Defendants *Lieutenant J. Miller*

Court (if federal court, name the district; if state court, name the county) *Northern*

_____

Docket or Index number: _____

Name of Judge assigned to your case: *David N Hurd*

Approximate date of filing lawsuit: __Nov 19 2012__

Is the case still pending? Yes____ No __✓__

If NO, give the approximate date of disposition: __2014 May__

What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __Yes They Settled In The Amount of $~~75,000.00~~__

Signed this __22__ day of __March__, 20__17__. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Plaintiff __Hidel M Whitley__

Inmate Number __10B2619__

Mailing Address __Sing Sing Correctional Facility 354 Hunter Street Ossining, New York 10562__

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury on this __22__ day of __March__, 20__17__, I will deliver this complaint to prison authorities to be mailed to the Pro Se Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: __Hidel Whitley__