UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIDAL WHITLEY,

           Plaintiff,

-against-

NYS DOCCS, et al.,

           Defendants.

**ORDER**

17-CV-03652 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Due to a scheduling conflict, the conference scheduled for 11:00 a.m. on November 10, 2020 is rescheduled to January 5, 2021 at 9:30 a.m. At the time of the scheduled conference, the parties shall call: (888) 398-2343; access code: 3456831. Defense counsel shall serve Plaintiff with a copy of this Order, as well as a copy of the Notice of Initial Conference (Doc. 68), and file proof of service on the docket. The parties are reminded that they must file a Proposed Civil Case Discovery Plan and Scheduling Order at least one week before the new conference date.

                      **SO ORDERED:**

Dated:   New York, New York
           November 9, 2020

                      PHILIP M. HALPERN
                      United States District Judge