UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIDAL WHITLEY,

                Plaintiff,

-against-

NYS DOCCS, et al.,

                Defendants.

**ORDER**

17-CV-03652 (PMH)

PHILIP M. HALPERN, United States District Judge:

On January 4, 2021, this Court issued an Order rescheduling the Initial Pretrial Conference in this matter from January 5, 2021 to February 9, 2021. (Doc. 70). In that Order, the Court directed the Clerk of the Court to mail a copy of that Order, the Court's November 9, 2020 Order (Doc. 69), and the Notice of Initial Conference (Doc. 68) to Plaintiff. On January 27, 2021, those documents were returned to sender with the following notation: "Attempted – Not known, Unable to forward." Plaintiff has not filed anything to this docket since October 25, 2019. (Doc. 66).

It is Plaintiff's obligation to provide the Court with an address for mail service, *see* Fed. R. Civ. P. 11(a), but he has not done so. The Court therefore directs Plaintiff, within thirty days, to provide the Court with his new mailing address. The Court may dismiss this action without prejudice if Plaintiff fails to provide the Court with an address for service. The conference scheduled for February 9, 2021 is adjourned *sine die*.

The Clerk of the Court is respectfully directed to mail a copy of this Order, as well as the Court's January 4, 2021 Order (Doc. 70), November 9, 2020 Order (Doc. 69), and Notice of Initial Conference (Doc. 68) to Plaintiff at the address listed on the docket, as well as the following addresses, retrieved from a related action, *Whitley v. Bowden*, No. 17-CV-3564:

2

Vidal Whitley
360 St. Paul Street, Apt. 413
Rochester, New York 14605

Vidal Whitley
574 Joseph Center
Rochester, New York 14605

                                    **SO ORDERED:**

Dated:  New York, New York
           February 5, 2021

                                    PHILIP M. HALPERN
                                    United States District Judge